**748-14**

# ELECTRONIC RECORD

CCA #    09-13-00041-CR         OFFENSE:    Theft

STYLE:    Beulah Johnson v. The State of Texas     PUNISHMENT:

                                              COUNTY:    Jefferson

TRIAL COURT:     County Court at Law No 3                MOTION
TRIAL COURT #:     296066                FOR REHEARING IS:
TRIAL COURT JUDGE:   Judge John Paul Davis       DATE:
DISPOSITION:    REVERSED AND RENDERED       JUDGE:

DATE:      05-07-14

                 Chief Justice

JUSTICE:    Steve McKeithen      PC    NO    S    YES
PUBLISH:    NO              DNP:    YES

CLK RECORD:    06-07-13           SUPP CLK RECORD:
RPT RECORD:              SUPP RPT RECORD:    10-11-13 (indigency)
STATE BR:    02-24-14           SUPP BR:
APP BR:     01-03-14           PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**748-14**

### ELECTRONIC RECORD

CCA #    **748-14**

____SPA'S____ Petition            Disposition: *VAC RЄѴ CoA*

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: *4-29-15*

*Granted & Remanded*          JUDGE: *P-C-*

DATE: *April 29, 2015*          SIGNED: _____      PC: _____

JUDGE: *PC*              PUBLISH: _____      DNP: _____

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____        _____ ON _____

JUDGE: _____          JUDGE: _____